54

THE STATE, EX REL. CALDWELL, APPELLEE, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLANTS.

[Cite as *State, ex rel. Caldwell, v. Indus.
Comm.* (1991), 62 Ohio St.3d 54.]

(No. 90–2085—Submitted June 26, 1991—Decided October 9, 1991.)

*Joseph A. Marchese,* for appellee.

*Baran, Piper, Tarkowsky & Fitzgerald Co., L.P.A.,* and *John Tarkowsky,* for appellant Mansfield Products Co.

*Lee I. Fisher,* Attorney General, and *Michael L. Squillace,* for appellant Industrial Commission.

*Per Curiam.* On authority of *State, ex rel. Noll, v. Indus. Comm.* (1991), 57 Ohio St.3d 203, 567 N.E.2d 245, the judgment of the court of appeals is affirmed.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.